**SAO**
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com
*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-CWH <br><br> **STIPULATION AND ORDER FOR COST BOND** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1) and SFR's demand for security costs filed on October 25, 2017, SFR's demand for security is granted.

///

///

///

43983929;1
43983929;1

2. BANA shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 after entry of this order.

Dated this 1st day of February, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Vatana Lay, Esq.* | */s/ Dian S. Ebron* |
| MELANIE D. MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| VATANA LAY, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 12993 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | KAREN L. HANKS, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Plaintiff Bank of America, N.A.* | Las Vegas, Nevada 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: February 6, 2018