DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:17-cv-02566-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING MICHAEL DYER AND AUSTIN WISEMAN WITHOUT PREJUDICE** |
| MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual, | |
| Counter/Cross Defendant. | |

Cross-Defendants MICHAEL DYER ("Dyer") and AUSTIN WISEMAN ("Wiseman") stipulate and agree that they no longer have any interest, ownership or otherwise, in the real property commonly known as **6972 Graceful Cloud Avenue, Henderson, Nevada 89015;**

- 1 -

**Parcel No. 161-35-213-093** ("Property"). Dyer and Wiseman have been informed that the Property was sold on February 5, 2014 by the foreclosure sale conducted by Alessi & Koenig, LLC ("Alessi"), agent for Mesa Homeowners Association ("the Association"). Dyer and Austin further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201402120002439 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR Investments Pool 1, LLC, Dyer and Wiseman stipulate and agree that Dyer and Wiseman shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 12th day of April, 2018.

**KIM GILBERT EBRON**

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 12th day of April, 2018.

**MICHAEL DYER**

MICHAEL DYER
9807 Vista Meadows Avenue
Las Vegas, NV 89148
*Cross-Defendant*

**AUSTIN WISEMAN**

AUSTIN WISEMAN
9807 Vista Meadows Avenue
Las Vegas, NV 89148
*Cross-Defendant*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants MICHAEL DYER and AUSTIN WISEMAN shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

DATED this  18  day of  **April**  , 2018.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

1 | Respectfully submitted:

2

3 |   /s/Diana S. Ebron

4 | Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
5 | Las Vegas, Nevada 89139
Phone: (702) 485-3300
6 | Fax:  (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -