Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:17-cv-02566-GMN-CWH<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL OF VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE** |

IT IS HEREBY STIPULATED AND AGREED between Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Cross-Defendant, VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE ("Ventures Trust") the following:

- 1 -

Ventures Trust has reviewed SFR's Answer, Counterclaim and Cross-Claim and has determined that it has no legal right, title or interest in the property commonly known as **6972 Graceful Cloud Avenue, Henderson, Nevada 89015; Parcel No. 161-35-213-093** (the "Property") which SFR purchased on February 5, 2014 at an HOA foreclosure sale. Ventures Trust expressly disclaims any and all right, title, and interest in the Property; and SFR agrees, based on the Ventures Trust's disclaimer set forth herein, that Ventures Trust should be dismissed from this action, without prejudice; and each party to bear their own attorney's fees and costs.

DATED this 9 day of May, 2018.

**KIM GILBERT EBRON**

DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 9 day of May, 2018

Wright, Finlay & Zak LLP

MATTHEW S. CARTER
Nevada Bar No. 9524
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Phone: (702) 475-7964
Fax: (702) 946-1345
*Attorneys for VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE*

## ORDER

IT IS SO ORDERED.

Dated this 14 day of May, 2018.

**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**

- 2 -

Respectfully Submitted by:

**KIM GILBERT EBRON**

/s/ Diana S. Ebron

Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -