MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America,
N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:17-cv-02566-GMN-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE** |
| MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, | **(FIRST REQUEST)** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| v. | |
| BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual, | |
| Counter/Cross Defendants. | |

Pursuant to LR 1A 6-1 and LR 26-4, plaintiff Bank of America, N.A. (**BANA**) and defendants Mesa Homeowners Association (**Mesa**) and SFR Investments Pool 1, LLC (**SFR**), through their respective counsel, stipulate and request the court briefly extend the expert disclosure deadlines.

AKERMAN LLP
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP

1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA, 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    IT IS HEREBY AGREED AND STIPULATED, that the deadline for initial expert witness

2    disclosure shall be extended by one week to June 21, 2018, and that the deadline for rebuttal expert

3    disclosures shall be extended to July 23, 2018.  This stipulation is submitted based on BANA's need

4    for additional time to submit its initial expert disclosure.   The parties have entered into the

5    agreement in good faith and not for purposes of delay.  This is the parties' way of accommodating

6    each other given the circumstances.

7    ///

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

45487836;1

Based on the foregoing, the parties respectfully request the court extend the initial expert and rebuttal expert disclosure as set forth above. The parties make this request in good faith and believe good cause exists for extending these deadlines.

Dated this 14th day of June, 2018.

**Akerman LLP**

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 14th day of June, 2018.

**Pengilly Law Firm**

*/s/ Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Defendant Mesa Homeowners Association*

Dated this 14th day of June, 2018.

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorney for Defendant SFR Investments Pool 1, LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:     June 20, 2018

45487836;1