MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>        Plaintiff,<br><br>v.<br><br>MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>        Defendants. | Case No.: 2:17-cv-02566-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES SUPPORTING SUMMARY JUDGMENT MOTIONS, RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO STAY CASE, AND SFR INVESTMENTS POOL 1, LLC'S MOTION FOR ABSTENTION**<br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual,<br><br>        Counter/Cross Defendants. | |

46712057;1
46712057;1

Pursuant to LR 1A 6-1, plaintiff Bank of America, N.A. (**BANA**) and defendants Mesa Homeowners Association (**Mesa**) and SFR Investments Pool 1, LLC (**SFR**), through their respective counsel, stipulate and request the court briefly extend the parties' upcoming briefing deadlines as follows:

1.   The parties stipulate to extend the deadline for BANA to file its reply supporting its motion for partial summary judgment (ECF No. 49) and in response to Mesa and SFR's oppositions (ECF Nos. 52 and 56) from **October 17, 2018** to **October 26, 2018**;

2.   The parties also agree to extend the deadline for SFR to file its reply in support of its motion for summary judgment (ECF No. 50), in response to BANA's opposition (ECF No. 53), from **October 17, 2018** to **October 26, 2018**;

3.   The parties also agree to extend the deadline for BANA to file its response to SFR's motions to stay and for abstention (ECF Nos. 54 & 55), from **October 17, 2018** to **October 26, 2018**;

4.   This is the first request for an extension of time on these briefs;

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**AKERMAN LLP**
1635 VILLAGE CENTER CIR., SUITE 200
LAS VEGAS, NEVADA, 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

46712057;1
46712057;1

5.  The parties agree these extensions are not intended to cause delay or prejudice, but to accommodate counsel's schedule and conflicts with the current deadline.

Dated this 16th day of October, 2018.

**Akerman LLP**

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 16th day of October, 2018.

**Kim Gilbert Ebron**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorney for Defendant SFR Investments Pool 1, LLC*

Dated this 16th day of October, 2018.

**Pengilly Law Firm**

*/s/ Elizabeth B. Lowell*
JAMES W. PENGILLY, ESQ.
Nevada Bar No. 6085
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
1995 Village Center Circle, Suite 190
Las Vegas, Nevada 89134

*Attorneys for Defendant Mesa Homeowners Association*

## ORDER

IT IS SO ORDERED.

DATED this ___18___ day of October, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

3

46712057;1
46712057;1