MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A.,

Plaintiff,

v.

MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,

Defendants.

Case No.: 2:17-cv-02566-GMN-CWH

**MOTION TO REMOVED ATTORNEY FROM ELECTRONIC SERVICE LIST**

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, hereby provides notice that Vatana Lay, Esq. is no longer associated with the law firm of Akerman LLP.

**/ / /**

**/ / /**

**/ / /**

**/ / /**

**/ / /**

/ / /

/ / /

Akerman LLP continues to serve as counsel for Bank of America, N.A., in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Melanie D. Morgan, Esq. and William S. Habdas, Esq.

DATED this 16th day of January, 2019

**AKERMAN LLP**

*/s/ William S. Habdas*
MELANIE D. MORGAN ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: January 17, 2019

UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572