LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
J. TYLER KING
Nevada Bar No. 14895
tking@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:   (702) 538-9074
Facsimile:   (702) 538-9113
*Attorneys for Mesa Homeowners' Association*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> MESA HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-CWH <br><br><br> **MOTION TO SUBSTITUTE COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Cross Claimant, <br><br> vs. <br><br> MICHAEL DYER; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; AUSTIN WISEMAN; COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, N.A., <br><br> Cross Defendant. | |

Defendant Mesa Homeowners' Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

-1-

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 30th day of January, 2019.

**ROBBINS LAW FIRM**

/s/ [signature]

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 30th day of January, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Sean L. Anderson*

Sean L. Anderson
Nevada Bar No. 7259
J. Tyler King
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, Nevada 89128

///

///

///

-2-

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

**MESA HOMEOWNERS' ASSOCIATION**

By: *Peggy Paas*

Name: Peggy Paas

Its: Treasurer

## ORDER

**IT IS SO ORDERED** this 4 day of February, 2019.

_____
United States Magistrate Judge