1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  WILLIAM S. HABDAS, ESQ.
   Nevada Bar No. 13138
3  **AKERMAN LLP**
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: william.habdas@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-CWH <br><br> **STIPULATION AND ORDER TO EXTENDING TIME TO FILE OPPOSITION TO MESA HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS BANK OF AMERICA, N.A.'S FIRST AMENDED COMPLAINT [ECF NO. 78]** |
| SFR INVESTMENT POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual, <br><br> Counter/Cross Defendants. | |

///

///

///

///

1

48799422;1

Plaintiff Bank of America, N.A. (**BANA**) and defendant Mesa Homeowners Association's (the **HOA**) stipulates as follows:

1. The HOA filed its motion to dismiss on Apri 23, 2019. ECF Nos. 78, 80. BANA's response date is currently May 7, 2019.

2. The parties hereby stipulate and agree BANA shall fourteen days (14) to file its Opposition to HOA's Motion to dismiss. The new deadline to file Opposition shall be May 23, 2019.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Respectfully submitted on May 6, 2019.

| AKERMAN LLP | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| */s/ William S. Habdas* | */s/ Sean L. Anderson* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>J. TYLER KING<br>Nevada Bar No. 14895<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorney for Mesa Homeowners' Association* |

## **ORDER**

**IT IS SO ORDERED.**

**DATED t**his __13__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

48799422;1