MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff, Bank of America, N.A.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-DJA <br><br> **JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE DUE TO SETTLEMENT** <br><br> **(First Request)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) have reached a settlement in principle to resolve the claims as to BANA and SFR. The settlement agreement has been executed by the BANA and SFR.

Based on the settlement, the BANA and SFR jointly move to extend the current February 14, 2020 dispositive motion deadline, as to BANA and SFR, by ninety days, to May 14, 2020.[1] This extension is to allow the parties to perform a condition precedent to the settlement. BANA and SFR anticipate filing a stipulation to dismiss the claims against each other once the condition precedent is met.

…

---

[1] MESA Homeowners' Association filed a motion for summary judgment on February 14, 2020. *See* ECF No. 96.

51988410;1

This is BANA and SFR's first request to extend the dispositive motions deadline.

Respectfully submitted, this 14th day of February, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *William S. Habdas* | /s/ *Diana S. Ebron* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A.* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED**

Dated this __14__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

51903683;1
51988410;1