MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  lilith.xara@akerman.com
Email: holly.walker@akerman.com

*Attorneys for Plaintiff, Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-DJA <br><br> **JOINT MOTION TO EXTEND DISPOSITIVE MOTION AND PRE-TRIAL ORDER DEADLINES DUE TO SETTLEMENT** <br><br> **(Third Request)** |

Plaintiff Bank of America, N.A. (**BANA**) and defendant SFR Investments Pool 1, LLC (**SFR**) have reached a settlement in principle to resolve the claims as to BANA and SFR. The settlement agreement has been executed by the BANA and SFR.

Based on the settlement, the BANA and SFR jointly moved to extend the dispositive motion deadline on February 14, 2020, as to BANA and SFR,[1] by ninety days, to May 14, 2020, to allow the parties to fulfill conditions precedent to settlement.[2]  The court granted the extension the same day. *See* ECF No. 98.

---

[1] Mesa Homeowners Association filed a summary judgment motion on February 14, 2020, which is fully briefed.  *See* ECF Nos. 96, 99, 101.

[2] In their joint motion (ECF No. 97), the parties inadvertently left out a request to extend the pre-trial order deadline of March 13, 2020.

53946150;1

On May 14, 2020, BANA and SFR jointly moved to extend the dispositive motion deadline for another ninety days, until August 12, 2020, and the pre-trial order deadline from March 13, 2020 to September 11, 2020.  The court granted the extension the same day.  *See* ECF No. 103.

BANA and SFR are still working to fulfill the conditions precedent to settlement, and jointly move to extend the dispositive motion deadline for another ninety days, until November 10, 2020, and to extend the pre-trial order deadline from September 11, 2020 to December 10, 2020.

This is BANA and SFR's third request to extend the dispositive motion deadline.

Respectfully submitted, this 22nd day of July, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Holly E. Walker, Esq.* | /s/ *Diana S. Ebron, Esq.* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 13138<br>HOLLY E. WALKER, ESQ.<br>Nevada Bar No. 14295<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

Dated this  23   day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2

53946150;1