MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  2:17-cv-02566-GMN-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| v. | |
| BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual, | |
| Counter/Cross Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

PLEASE TAKE NOTE that Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Mesa Homeowners Association (**Mesa**), by and through their respective counsel of record, hereby stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 7th day of December, 2020.

<table>
<tr>
<td>

**AKERMAN LLP**

*/s/ Scott R. Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

</td>
<td>

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*

</td>
</tr>
<tr>
<td>

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ J. Tyler King*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
J. TYLER KING, ESQ.
Nevada Bar No. 14895
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Mesa Homeowners Association*

</td>
<td>

</td>
</tr>
</table>

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated this ___7___ day of December, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3