MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MESA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, <br><br> Defendants. | Case No.: 2:17-cv-02566-GMN-DJA <br><br> **MOTION TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS LLC, ITS TRUSTEE; MICHAEL DYER, an individual; AUSTIN WISEMAN, an individual, <br><br> Counter/Cross Defendants. | |

1

57954088;1

Bank of America, N.A. moves this court for an order returning the bond. On February 6, 2018, the court ordered Bank of America to post a security bond for $500.00 [ECF No. 17]. On February 12, 2018, Akerman LLP posted a security bond on behalf of Bank of America, receipt number NVLAS055346 for $500.00 [ECF No. 18].

The purpose of the cost bond is to provide "security for the costs and charges which may be awarded against [the] plaintiff . . ." NRS 18.130(1). On December 7, 2020, the court granted the parties' stipulation for dismissal, closing the case [ECF No. 110]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

DATED this 28th day of April, 2021.

**AKERMAN LLP**

*/s/ Scott Lachman*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**IT IS SO ORDERED.**

Dated this  12  day of May, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

57954088;1